THE JACOB HOFFMAN BREWING COMPANY, Appellant, Respondent, v. FRANK WUTTGE and Others, Defendants. JOHN L. KLAGES, Appellant.— Motion for reargument denied, without costs. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

NEW YORK LINEN SUPPLY & LAUNDRY COMPANY, INC., Appellant, v. VICTOR LAPAYOVER and Others, Respondents.— Motion for an injunction denied, with ten dollars costs. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

EUGENE POLICASTRO, Respondent, v. SAMUEL JAFFE, Appellant.— Motion to dismiss appeal denied, without costs. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

WILLIAM HAROLD POWERS, Respondent, v. E. P. W. REALTY COMPANY, INC., Appellant.— Motion for stay denied, and stay vacated, with ten dollars costs. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD R. DOMSCHKE, Respondent, v. LAWRENCE MESSENGER, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Motion for stay granted, without costs, upon condition that within five days appellant execute a bond in the sum of $2,000, conditioned for the payment to the respondent of any salary due or to become due to the respondent in case the judgment should be affirmed. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

JULIUS SCHMID, Respondent, v. JOHN BARTON PAYNE, Director-General of Railroads, as Agent under Section 206 of the Transportation Act, Appellant.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

ROGER I. SHERMAN, Plaintiff, v. YANKEE PRODUCTS CORPORATION, Respondent. GARDNER & WHITE, Appellant.— Motion to dismiss appeal denied, with ten dollars costs. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

MABEL G. TAPLEY, as Administratrix, etc., of HERBERT F. TAPLEY, Deceased, Respondent, v. NEW YORK DOCK RAILWAY, Appellant.— Motion for reargument or for leave to appeal to the Court of Appeals denied, without costs. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

TOWN OF NORTH HEMPSTEAD, Respondent, v. PUBLIC SERVICE CORPORATION OF LONG ISLAND, Appellant. (No. 5.)— Motion for leave to appeal to the Court of Appeals granted. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ. Settle order on notice.

TRANSCONTINENTAL ENGINEERING CORPORATION, Appellant, v. ROLAND R. CONKLIN, Respondent.— Motion to strike out portion of printed record denied, without costs. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

JOHN J. TWOHEY, Respondent, v. CLARENCE ROBINSON, Appellant.— Motion for reargument denied, without costs. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

JEAN YOSHI, Appellant, v. HARRY YOSHI, Respondent.— Motion to dismiss appeal granted, without costs. The appellant does not comply with rule 12 of the rules of this court.* Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

* App. Div. Rules, 2d Dept., rule 12.— [REP.